UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**In re:**

**NENA CHRISTINE SIMERMAN,**
**AKA NENA CHRISTINE CHAMBERLAIN**

**CHAPTER 7**

**Debtor.**

**CASE NO. 08-16049-RGM**

**COUNTRYWIDE HOME LOANS, INC.,**
**AS SERVICER FOR BANK OF NEW**
**YORK AS SUCCESSOR IN INTEREST**
**TO JPMORGAN CHASE BANK, N.A.**
**AS TRUSTEE SAMI 2005-AR4,**

  **Plaintiff.**

**vs.**

**NENA CHRISTINE SIMERMAN**
**AKA NENA C. CHAMBERLAIN**
**RICHARD A. BARTL, TRUSTEE,**

  **Defendants.**

### ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, Countrywide Home Loans, Inc., as Servicer for Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee Sami 2005-AR4, to amend the automatic stay, the Trustee having endorsed this Order and agreeing to its entry, the Court finding the Debtor in default on January 7, 2009 in open court, and the Court having granted the Motion, it

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

is;

      **ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 720 Black Sweep Road, Warrenton, VA 20186, and described as follows:

      **LOT 194, OLD GOLD CUP, SECTION 2C, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 945 AT PAGE 83, AMONG THE LAND RECORDS OF FAUQUIER COUNTY, VIRGINIA.**

DATED:

                                          JUDGE

                                    **NOTICE OF JUDGMENT OR ORDER**
                                    **Entered on Docket**

I ask for this:

## /s/ ERIC DAVID WHITE

Samuel I. White, P. C.

Eric David White, Esquire, VSBN 21346

Counsel for Countrywide Home Loans, Inc., as Servicer for Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee Sami 2005-AR4

1804 Staples Mill Road, Suite 200

Richmond, VA 23230

Seen and Agreed:

## /s/ RICHARD A. BARTL

Richard A. Bartl, Esquire

Chapter 7 Trustee

700 South Washington Street

Suite #216

Alexandria, VA 22314

                                          CERTIFICATE

I certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

/**90035-08**

**/s/ ERIC DAVID WHITE**

Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Richard A. Bartl, Esquire
Chapter 7 Trustee
700 South Washington Street
Suite #216
Alexandria, VA 22314

Scott J. Newton, Esquire
Counsel for Debtor
9255 Lee Ave
Manassas, VA 20110

Nena Christine Simerman
Debtor
720 Black Sweep Road
Warrenton, VA 20186

**90035-08/na**